UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EARL SCOTT WRIGHT, on behalf of
himself and all others similarly
situated

       Plaintiff,

v.                                                                         Case No: 2:15-cv-684-FtM-99CM

VOLKSWAGEN GROUP OF
AMERICA, INC.,

       Defendant.

## ORDER

Before the Court is Defendant Volkswagen Group of America, Inc.'s Unopposed Motion to Stay All Proceedings Pending JPML Hearing (Doc. 6) filed on November 10, 2015.   The parties agree to a stay of this proceeding, including the requirements under M.D.Fla. R. 3.05, Fed. R. Civ. P. 16 and 26, and the filing of a responsive pleading, until review by the Multi-District Litigation Judicial Panel in MDL No. 2672.   A hearing is currently scheduled for December 3, 2015. The Plaintiff in this case has received notice of that hearing, and counsel for Plaintiff consents to the relief requested.   Upon review, the Court will grant the motion.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Volkswagen Group of America, Inc.'s Unopposed Motion to Stay All Proceedings Pending JPML Hearing (Doc. 6) is **GRANTED**.

2. This matter is stayed up to and including January 15, 2016. On or before this date, Plaintiff shall inform the Court in writing of the status of the case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record